**FILED & ENTERED**

**MAR 30 2016**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY tatum        DEPUTY CLERK**

NOT FOR PUBLICATION

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>VICTOR LAWRENCE SLOAN and GAIL B. SLOAN,<br><br>Debtors.<br>_____<br>RICHARD K. DIAMOND, as Chapter 7 Trustee for the Bankruptcy Estate of Victor Lawrence Sloan and Gail B. Sloan,<br><br>Plaintiff,<br>vs.<br><br>LAVELL WILLIAM SLOAN, an individual,<br><br>Defendant. | Case No. 2:12-bk-28482-TD<br><br>Chapter 7<br><br>Adv. No. 2:12-ap-02561-RK<br><br>JUDGMENT |

The court having issued its findings of fact and conclusions of law in its memorandum decision after trial,

Judgment is hereby entered in favor of Defendant and against Plaintiff as follows:

1.  Plaintiff's motions for summary judgment and for judgment on the pleadings are DENIED.

///

///

2. The claims in Plaintiff's complaint are DENIED and DISMISSED WITH
PREJUDICE.

IT IS SO ORDERED.

###

Date: March 30, 2016

_____

Robert Kwan
United States Bankruptcy Judge